HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California  90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ABDUL MATINU BASIR,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN F. KELLY, et al.,<br><br>        Respondents . | No. SA CV 16-02185-(KK)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the current action should be dismissed as moot.

DATED:  March 15, 2017

_____
HONORABLE KENLY KIYA KATO
U.S. MAGISTRATE JUDGE

Presented by:

*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender